IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(Dallas Division)

| | | |
|---|---|---|
| KIMBERLY FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:14-cv-00091 |
| | ) | |
| | ) | |
| THE SWISS COLONY, LLC | ) | |
| d/b/a GINNY'S, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Ginny's, Inc. [misidentified and misnamed in the Complaint as

"The Swiss Colony, LLC d/b/a Ginny's Inc."] ("Ginny's" or "Defendant"), pursuant to Fed. R.

Civ. P. 7.1, hereby submits its Corporate Disclosure Statement:

Ginny's is privately held and a subsidiary of Colony Brands, Inc., a Wisconsin company.

There is no public corporation that owns 10% or more of Colony Brands, Inc.'s.

Date: February 27, 2014                    Respectfully submitted,


                                          */s/ Michael H. Bernick*
                                          Michael H. Bernick
                                          State Bar No. 24078227
                                          REED SMITH LLP
                                          811 Main Street, Suite 1700
                                          Houston, Texas 77002
                                          Telephone:    713.469.3800
                                          Facsimile:    713.469.3899
                                          E-mail:       mbernick@reedsmith.com


                              **ATTORNEY IN CHARGE FOR GINNY'S INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2014, the foregoing was filed electronically.  Parties may access this filing through the Court's CM/ECF system.  Notice of this filing also will be sent to the following counsel of record by operation of the Court's electronic filing system:

Jody B. Burton, Esquire
CT Bar # 422773
Lemberg Law L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email:  jburton@lemberglaw.com

14785 Preston Road, Suite 550
Dallas, Texas 75154
Counsel for Plaintiff

*/s/ Michael H. Bernick*
Michael H. Bernick

US_ACTIVE-117003967.1