UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

Kimberly Foster,

           Plaintiff,

   v.

The Swiss Colony, LLC, d/b/a Ginny's Inc.

           Defendant.

_____

: Civil Action No.: 3:14-cv-00091-L

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Ginny's, Inc. [misnamed in the Complaint as "The Swiss Colony, LLC d/b/a Ginny's Inc."] without prejudice.

| Kimberly Foster | Ginny's Inc. |
|---|---|
| /s/ Jody B. Burton | /s/ Michael H. Bernick (with permission) |
| Jody B. Burton | Michael H. Bernick |
| Bar No. 71681 | Bar No. 24078227 |
| LEMBERG LAW LLC | REED SMITH LLP |
| 1100 Summer Street, 3rd Floor | 811 Main Street, Suite 1700 |
| Stamford, CT 06905 | Houston, Texas 77002 |
| Telephone: (203) 653-2250 | Telephone: (713) 469-3800 |
| Facsimile: (203) 653-3424 | Facsimile: (713) 469-3899 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED this _____ day of _____, 2014

_____
Sam A. Lindsay
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF), which sent notice of such filing to the following party:

Michael H. Bernick
Reed Smith LLP
811 Main Street, Suite 1700
Houston, Texas 77002
*Attorney for Defendant*

By /s/ Jody B. Burton
Jody B. Burton